UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: BLUE BUFFALO COMPANY, LTD.  ) MDL NO. 2562 RWS
MARKETING AND SALES PRACTICES LITIGATION  ) ALL CASES

**ORDER**

As stated on the record during yesterday's initial case conference,

**IT IS HEREBY ORDERED** that counsel for Plaintiffs shall confer and seek consensus on the selection of candidates for lead counsel, liaison counsel, and an executive committee. Plaintiffs shall file a joint statement notifying the Court of the status of the leadership counsel selections no later than **December 22, 2014**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a consolidated amended complaint no later than **January 30, 2015** and Defendants shall file their response to the complaint no later than **March 20, 2015**.

**IT IS FURTHER ORDERED** that a Scheduling Conference pursuant to Fed.R.Civ.P. 16 is set for **Tuesday, February 24, 2015 at 10:00 a.m.** in Courtroom 16 South to address matters relating to pretrial and discovery proceedings. The parties shall file a joint proposed scheduling plan no later than **February 17, 2015**. A separate order setting out the Court's requirements for the Rule 16 conference will follow.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2014.