UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE BUFFALO COMPANY, LTD. | ) | MDL No. 2562RWS |
| MARKETING AND SALES PRACTICES LITIGATION | ) | ALL CASES |

## ORDER

**IT IS HEREBY ORDERED** that a status conference is set in this matter on **Tuesday, April 21, 2015 at 10:00 a.m.** in Courtroom 16 South.

**IT IS FURTHER ORDERED that** Counsel who wish to monitor this conference are directed to call the conference toll free at **1-888-684-8852** from the United States (for callers outside the United States the caller paid international number is 215-446-0155).  **The access code to enter the telephone conference for all participants is: 6905106.**   Counsel will then be prompted to enter the participant **security code: 1111 followed by the # (pound) key.**   This conference will be activated at 9:45 a.m. so the conference may start promptly at 10:00 a.m. **Counsel monitoring the conference must mute their phones so the proceeding is not interrupted by background noise.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of February, 2015.