UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: BLUE BUFFALO COMPANY LTD. MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | |
| DIVERSIFIED INGREDIENTS, INC.,<br><br>     Crossclaim Plaintiff,<br>v.<br><br>WILBUR-ELLIS COMPANY,<br><br>     Crossclaim Defendant. | Case No. 4:14-cv-02562-RWS<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR WILBUR-ELLIS TO ANSWER OR OTHERWISE RESPOND TO DIVERSIFIED INGREDIENTS, INC.'S CROSSCLAIM** |
| AND RELATED ACTIONS | |

It is hereby stipulated and agreed by and among the undersigned attorneys for Crossclaim Plaintiff Diversified Ingredients, Inc. ("Diversified") and Crossclaim Defendant Wilbur-Ellis Company ("Wilbur-Ellis") that the time for Wilbur-Ellis to answer or otherwise respond to Diversified's July 15, 2015 Crossclaim, *see* Dkt. No. 83, is extended to and including August 21, 2015.

STIPULATED TO:

Date: August 18, 2015

                              Respectfully submitted,

                              /s/ Daniel D. Doyle
                              Daniel D. Doyle, #36724MO

Kevin L. Fritz, #41638MO
Matthew S. McBride, #47598MO
Mark R. Feldhaus, #53429MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
Telephone: (314) 621-2939
Facsimile: (314) 621-6844
klfritz@lashlybaer.com
ddoyle@lashlybaer.com
mmcbride@lashlybaer.com

*Attorneys for Diversified Ingredients, Inc.*

/s/ Simon J. Frankel
Simon J. Frankel (*pro hac vice*)
Nathan Shafroth (*pro hac vice*)
Christopher C. Miller (*pro hac vice*)
Aseem Padukone (*pro hac vice*)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Fax: 415-591-6091

Randy K. Mullendore, #40889MO
Kyle Seelbach, #60382MO
HUSCH BLACKWELL, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: 314-480-1882
Fax: 314-480-1505

*Attorneys for Wilbur-Ellis Company*

August 19, 2015

IT IS SO ORDERED:

_____
U.S.D.J.