

United States District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

IN RE BLUE BUFFALO COMPANY, LTD.
MARKETING AND SALES PRACTICES LITIGATION,
Case No. 14-md-02562-RWS

Karen Michelle Miller
P.O. Box 3048
Tampa, Florida 33601
(813) 362-0185
Michellemiller1192@gmail.com

### NOTICE OF OBJECTION TO SETTLEMENT TERMS

I object to the settlement stipulation limiting cash payment to $10 for Class Members who do not have a valid Proof of Purchase.

I began purchasing Blue Buffalo dog food immediately after adopting a dog from Canine Castaways in Florida in December 2009. At the recommendation of a Canine Castaways representative, I began feeding the dog I adopted and a dog I had possessed since 1996 Blue Buffalo dog food exclusively. I cannot produce Proofs of Purchase. However, because I maintain my check register as a spreadsheet in Excel, I can provide specific dates and amounts paid for dog food and treats since December 2009. I can confidently attest that I have spent at least $2,000 on Blue Buffalo dog food from May 7, 2008 through December 18, 2015.

I am not represented by a lawyer, and I do not intend to appear at the Final Approval Hearing.

Date: 3/1/16          Signature: _____
                                  Karen Michelle Miller

Copies mailed to:

**Clerk of Court**
United States District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

**Counsel for Plaintiff:**
Scott A. Kamber
KamberLaw, LLC
8816 Manchester Rd
Box 250
St. Louis MO 63144

**Counsel for Defendant:**
Steven A. Zalesin
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

K. M. Miller
P.O. Box 3048
Tampa FL 33601

TAMPA FL 335
SAINT PETERSBURG FL
07 MAR 2016 PM 7 L



RECEIVED
MAR 1 0 2016
BY MAIL

United States District Court for the
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

63102112599