# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: BLUE BUFFALO COMPANY, LTD., MARKETING AND SALES PRACTICES LITIGATION | No. 4:14-MD-02562 |
| THIS DOCUMENT APPLIES TO: All CASES | Honorable Rodney W. Sippel |

## ENTRY OF APPEARANCE

COMES NOW Jeremy R. Wilson of Wilson Law, who hereby enters his appearance as counsel of record for Class Plaintiffs in this MDL action.

Dated: May 5, 2016

Respectfully Submitted,

**WILSON LAW**

By: _/s/ Jeremy R. Wilson_____
Jeremy R. Wilson
705 Ross Ave.
Dallas, TX 75202
P. (214) 662-8456
F. (214) 594-8844
jeremy@wilsonlawtx.com

Deborah Kravitz #275661CA
KamberLaw, LLP
401 Center Street, Suite 111
Healdsburg, CA 95448
P. (707) 820-4247
F. (212) 202-6364
dkravitz@kamberlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via the CM/ECF system on this 5th day of May 2016.

                                        /s/  Jeremy R. Wilson