**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: BLUE BUFFALO COMPANY, LTD., MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASE | Case No. 4:14 MD 2562 (RWS) |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Martin Flumenbaum, Robert A. Atkins and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby move to withdraw as counsel for Defendant Blue Buffalo Company, Ltd. ("Blue Buffalo") in the above-captioned matter. Blue Buffalo continues to be represented in this case by the law firms Patterson, Belknap, Webb & Tyler LLP and Carmody MacDonald P.C.  Blue Buffalo consents to the withdrawal of Messrs. Flumenbaum and Atkins and Paul, Weiss as Blue Buffalo's counsel in this case.

WHEREFORE, Martin Flumenbaum, Robert A. Atkins and the law firm of Paul, Weiss respectfully request that this Court grant this Motion to Withdraw as Counsel, and that the Court grant such other relief as the Court deems just and proper under the circumstances.

Dated: May 6, 2016
      New York, New York

                      Respectfully submitted,

                      /s/ Robert A. Atkins

                      Martin Flumenbaum (admitted *pro hac vice*)
                      Robert A. Atkins (admitted *pro hac vice*)
                      Paul, Weiss, Rifkind, Wharton & Garrison LLP
                      1285 Avenue of the Americas
                      New York, NY  10019-6064
                      Telephone: 212-373-3000
                      Fax: 212-757-3990
                      mflumenbaum@paulweiss.com
                      ratkins@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via the CM/ECF system on this 6th day of May, 2016.

/s/ Robert A. Atkins