**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**JUDGE RODNEY W. SIPPEL**
**COURTROOM PROCEEDING 16 SOUTH**
**COURTROOM MINUTE SHEET CIVIL**

CASE NO.  4:14MD2562  RWS

In Re: Blue Buffalo Company, Ltd., Marketing and Sales Practice Litigation

DATE:   May 19, 2016

Court Reporter: Shannon White

Deputy Clerk:  Andrea Luisetti

Attorneys for Plaintiffs: Scott Kamber, Deborah Kravitz, David Steelman , Ryan Keane, John Simon, Don Downing, Joseph Marchese, Matthew Armstrong

Attorneys for Defendants:    Steven Zalesin, Patrick Foppe, Matthew BcBride, Ed O'Reilly

(X)  Parties present for:

Fairness Hearing.  Scott Kamber, Steven Zalesin  heard regarding settlement.  Obections heard.  Settlement approved.   Written Order to follow.

Proceeding Commenced:   **10:50  a.m.**
Proceeding Concluded:      **12:40  a.m.**