RECEIVED
JUN - 6 2016
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

In re:

BLUE BUFFALO COMPANY Ltd.,
Marketing and Sales Practices Litigation

CASE NO.: 4:14-md-02562-RWS

_____/

## INDIVIDUAL CLASS MEMBERS NOTICE OF INTENTION TO OPT INTO THE CLASS ACTION SETTLEMENT

**COMES NOW** injured Class Member(s), **MICHAEL J. DUGGAR**, who, pursuant to the Court's Order, files this Notice of Intention to Opt into the Class Action Settlement.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U. S. mail this 31st day of May, 2016, to: Clerk of Court, United States District Court for the Eastern District of Missouri, 111 South 10th Street, St. Louis, Missouri 63102; Scott A. Kamber, KamberLaw, LLC, 8816 Manchester Rd , Box 250 St. Louis MO 63144; Steven A. Zalesin , Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036; Blue Buffalo Settlement, c/o Heffler Claims Group P.O. Box 58730, Philadelphia, PA 19102-8730.

By: _/s/ Michael Duggar_
MICHAEL J. DUGGAR
Law Office of Michael J. Duggar
20305 Majestic Street
Orlando, FL 32833
TELEPHONE: 321 251-7766
FACSIMILE:   321  226-0244
E-MAIL: litig8tr59@gmail.com
Florida Bar: 0080306