IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: BLUE BUFFALO COMPANY, LTD., MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | No. 4:14 MD 2562 RWS |

### NOTICE REGARDING FILING OF AMENDED EXCLUSION LIST

Plaintiffs, by and through undersigned counsel, hereby state the following:

1. On May 25, 2016, this Court entered an Order directing the Claims Administrator to elicit clarifications from *pro se* class members, who appeared in connection with Final Approval of the Settlement of the instant action, but whose intentions were unclear as to whether they intend to Opt-Out of the Settlement or Object to the Settlement. *See* Dkt. No. 210, at ¶3.

2. As ordered, the Claims Administrator, under the direction of Counsel, has contacted all of the *pro se* class members who appeared in connection with Final Approval, whose intentions required clarification, and sought their clarification.

3. As a result of that effort, the Claims Administrator has provided to Plaintiffs' Counsel an updated and amended Exclusion List.

4. No Objector who appeared through counsel has contacted Plaintiffs' Counsel or the Claims Administrator to clarify their intentions, pursuant to ¶4 of the Court's Order. Dkt. No. 210.

5. Accordingly, Plaintiffs file herewith the Amended Exclusion List, which amends and supersedes the Exclusion List previously filed as Ex. J to the Finegan Declaration. Dkt. 198-2.

Dated: June 13, 2016

Respectfully submitted,

/s/ John G. Simon
John G. Simon, #35231MO
The Simon Law Firm, P.C.
800 Market Street, 17th FL
St. Louis, Missouri 63101
P. (314) 241-2929
F. (314) 241-2029
jsimon@simonlawpc.com

*Liaison Counsel and Member Plaintiffs' Executive Committee*

/s/ Scott A. Kamber
Scott A. Kamber (SK-5794,SDNY)
KamberLaw LLC
100 Wall Street 23rd floor
New York, NY  10005
P. (212) 920-3072
F. (212) 202-6364
skamber@kamberlaw.com

Deborah Kravitz, #275661CA
KamberLaw LLP
401 Center St., Suite 111
Healdsburg, CA
P. (707) 820-4247
F. (212) 202-6364
dkravitz@kamberlaw.com

*Interim Class Counsel and Chair of the Plaintiffs' Executive Committee*

Gray, Ritter & Graham, P.C.
Don M. Downing #30405MO
701 Market Street, Suite 800
St. Louis, MO  63101-1826
P.  (314) 241-5620, ext. 2006
F.  (314) 241-4140
ddowning@grgpc.com

2

Bursor & Fisher, P.A.
Joseph I. Marchese
Frederick J. Klorczyk III
888 Seventh Ave.
New York, NY 10019
P.  646-837-7410
F. 212-989-9163
jmarchese@bursor.com
fklorczyk@bursor.com

Steelman, Gaunt & Horsefield
David Steelman, #27334MO
901 N Pine St
Rolla, MO 6540
P.  (573) 341-8336
F.   (573) 341.8548
dsteelman@steelmanandgaunt.com

*Members of Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record in this action via the CM/ECF system on this 13th day of June, 2016.

  /s/ John G. Simon
John G. Simon