UNITED STATES DISTRICT COURT
FOR THE EASTERN N DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:  BLUE BUFFALO COMPANY, LTD. MARKETING AND SALES PRACTICES LITIGATION | Case No. 4:14 MD 2562 RWS |

NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Paul Lopez appeals to the United States Court of Appeals for the Eighth Circuit from the Final Order and Judgment (Doc. No. 214) entered in this action on June 16, 2016 and the Findings of Fact, Conclusions of Law, and Order Awarding Fees and Costs (Doc. No. 215) entered in this action on June 16, 2016 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

DATED:  July 05, 2016                             Respectfully submitted,


                                                       /s/ *Timothy Belz*
Timothy Belz, Bar No.: MO31808
Ottsen, Leggat & Belz
Telephone:   (314) 726-2800
Facsimile:     (314) 863-3821
Email:  tbelz@olblaw.com

J. Matthew Belz, Bar No.: MO61088
Ottsen, Leggat & Belz
Telephone:   (314) 726-2800
Facsimile:     (314) 863-3821
Email:  jmbelz@olblaw.com

Attorneys for Objector/Class Member

2

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF thus effectuating service.

>     /s/ Timothy Belz
>     Timothy Belz