# US Court of Appeals - Eighth Circuit
# NOA Supplement

**Caption:**

IN RE: BLUE BUFFALO COMPANY, LTD., MARKETING AND SALES PRACTICES LITIGATION

**USCA#:**

**Case Number:**

4:14-MD-02562-RWS

**Plaintiff:**

ALEXIA KEIL, et al.

**Defendant:**

BLUE BUFFALO COMPANY, LTD., et al.

**Attorney:**

See Docket Sheet

**Attorney:**

See Docket Sheet

**Court Reporter(s):**

A. Daley
S. White

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Mavis Gaines at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid 07/05/2016 | None | No |
| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No      Where:

**Please list all other defendants in this case if there were multiple defendants:**