RECEIVED
JUL 1 3 2016
BY MAIL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: BLUE BUFFALO COMPANY, LTD. MARKETING AND SALES PRACTICES LITIGATION | Case No. 4:14 MD 2562 RWS |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Pamela McCoy appeals to the United States Court of Appeals for the Eighth Circuit from the Final Order and Judgment (Doc. No. 214) entered in this action on June 16, 2016 and the Findings of Fact, Conclusions of Law, and Order Awarding Fees and Costs (Doc. No. 215) entered in this action on June 16, 2016 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

DATED: July 09, 2016                    Respectfully submitted,

/s/ *Pamela McCoy*
Pamela McCoy
6801 Garrett Rd
Ravenna, OH  44266
Tel: 330-296-5801

Objector/Class Member
Appearing Pro Se

1

## Certificate of Service

The undersigned certifies that today she mailed the foregoing Notice of Appeal to the clerk for the Eastern District of Missouri on July 9, 2016 with instructions to file it in the above-captioned case by ECF, which will send electronic notification to all attorneys registered for ECF thus effectuating service.

/s/ *Pamela McCoy*
Pamela McCoy

Pam McCoy
6801 Garrett Rd.
Ravenna, OH 44266

RECEIVED
JUL 13 2016
BY MAIL

Thomas F. Eagleton Courthouse
111 South 10th St., Suite 3.300
St. Louis, MO 63102