UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE;  BLUE BUFFALO COMPANY LTD. MARKETING AND SALES PRACTICES LITIGATION | Case No.: 4:14-MD-2562-RWS |

## NOTICE OF APPEAL
## TO THE U. S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Objector, Gary W. Sibley, hereby appeals to the United States

Court of Appeals for the Eighth Circuit from the Final Order and Judgment Granting Plaintiffs'

Motion for Final Approval of Class Action Settlement entered in this action on June 16, 2016,

dkt 214 and the Findings of Fact, Conclusions of Law, and Order Awarding Fees and Costs

entered on June 16, 2016, dkt 215.  Copies of the Orders are attached hereto as Exhibits A and B.

Respectfully submitted,

Gary W. Sibley
S.B. 04954400 /833 7700
2711 N. Haskell, Suite 550
Dallas, TX  75204
(214) 522-5222 FAX:  (214) 855-7878
g@juris.cc

I hereby certify that a true and correct copy of the foregoing Supplement Objection to

Proposed Settlement was forwarded this __14__ day of July, 2016, to the parties below:

**Clerk of the Court**
U.S. District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri  63102

**Counsel for Plaintiff:**

Scott A. Kamber
KamberLaw, LLC
8816 Manchester Road
Box 250
St. Louis, MO 63144

**Counsel for Defendant:**

Steven A. Zalesin
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

Gary Sibley

Notice of Appeal, Page 2