# US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:** IN RE: BLUE BUFFALO COMPANY, LTD., MARKETING AND SALES PRACTICES LITIGATION

**USCA#:**

**Case Number:** 4:14-MD-02562-RWS

**Plaintiff:** ALEXIA KEIL, et al.

**Defendant:** BLUE BUFFALO COMPANY, LTD., et al.

**Attorney:** See Docket Sheet

**Attorney:** See Docket Sheet

**Court Reporter(s):** A. Daley; S, White

**Please return files and documents to:** Clerk for Eastern District of Missouri

**Person to contact about the appeal:** Mavis Gaines at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Pd. 07/20/2016 | None | No |
| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**