# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3164

Alexia Keil, et al.

Appellees

v.

Blue Buffalo Company, Ltd.

v.

Jennifer Houser and Paul Lopez

Pamela McCoy

Appellant

Caroline Nadola, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-md-02562-RWS)
_____

**ORDER**

The $505 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by August 11, 2016, a show cause order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

July 21, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Michael E. Gans