# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3168

Alexia Keil, et al.

Appellees

v.

Blue Buffalo Company, Ltd.

Appellee

v.

Jennifer Houser, et al.

Pamela Sweeney

Appellant

Gary W. Sibley

No: 16-3159

Alexia Keil, et al.

Appellees

v.

Blue Buffalo Company, Ltd.

Appellee

v.

Jennifer Houser

Paul Lopez

Appellant

Pamela McCoy, et al.

No: 16-3164

Alexia Keil, et al.

Appellees

v.

Blue Buffalo Company, Ltd.

Appellee

v.

Jennifer Houser and Paul Lopez

Pamela McCoy

Appellant

Caroline Nadola, et al.

No: 16-3167

Alexia Keil, et al.

Appellees

v.

Blue Buffalo Company, Ltd.

Appellee

v.

Jennifer Houser, et al.

Caroline Nadola

Appellant

Pamela Sweeney and Gary W. Sibley

No: 16-3169

Alexia Keil, et al.

Appellees

v.

Blue Buffalo Company, Ltd.

Appellee

v.

Jennifer Houser, et al.

Gary W. Sibley

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-md-02562-RWS)
(4:14-md-02562-RWS)
(4:14-md-02562-RWS)
(4:14-md-02562-RWS)

_____

**ORDER**

Appellant's brief in appeal 16-3168 was due on October 12, 2016, but has not been filed.

It is hereby ordered that Pamela Sweeney show cause, within fourteen (14) days of the date of

this order, why her appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

October 21, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans