UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: BLUE BUFFALO COMPANY, LTD.   )
MARKETING AND SALES                 )    4:14 MD 2562 RWS
PRACTICES LITIGATION                )

## **ORDER**

On October 3, 2016, I granted, in part, Plaintiffs' motion to require appellant Pamela Sweeney, and four other objectors to the settlement of this litigation, to post an appeal bond. The order required each of the objectors to post a $5000 bond no later than October 14, 2016. Sweeney has failed to post a bond. Each of the four other objectors has complied with my order. On October 21, 2016, the United States Court of Appeals issued a show cause order to Sweeney directing her to show cause why her appeal should not be dismissed for failing to file her appellate brief by that court's October 12, 2016 deadline.

On November 7, 2016, more than three weeks after the deadline to post her bond, Sweeney filed a motion for an extension of time seeking until November 30, 2016 to file a bond. Sweeney fails to provide any reason that she failed to file a motion for an extension of time before the bond was due. She also fails to provide any specific reason that she cannot pay the bond until November 30, 2016.

As Plaintiffs noted in their motion to require a bond, Sweeney has been an objector in at least six prior class actions. Her husband, Patrick Sweeney, is an attorney who has been criticized as a well-known serial objector to class action

settlements.  The Sweeneys have both been objectors in the same lawsuit.  In light of Sweeney's familiarization with acting as an objector in class settlements, her failure to timely seek an extension of time to post a bond, and her failure to specifically state why she has failed to post a bond or state how she intends to obtain a bond on November 30, 2016, I will not grant her motion for an extension of time requesting until November 30, 2016 to post the bond.  However, I will give Sweeney until November 16, 2016 to post her bond in full.

Accordingly,

**IT IS HEREBY ORDERED that** Objector Pamela Sweeney's motion for an extension of time to post her appellate bond [267] is **granted in part and denied in part**.  Her request to post the bond by November 30, 2016 is **DENIED**.

**IT IS FURTHER ORDERED** that Objector Pamela Sweeney must post her appellate bond no later than **November 16, 2016**.  **No further extensions of time will be granted**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of November, 2016.