# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3168
_____

Alexia Keil; Nick Hutchison; Jason Davis, individually and on behalf of all others similarly situated; Rachael D. Stone; Maja Mackenzie; Brian Andacky; Melissa Baggett; David Delre; Christopher Renna; Kimberly Lemon; Joshua Teperson; Jonathon Fisher; Cindi Inman; Beth Cox; Victoria Lyman; Stephanie Douglas; Sarah Jacobs, on behalf of herself and others similarly situated

Plaintiffs - Appellees

v.

Blue Buffalo Company, Ltd.

Defendant - Appellee

v.

Jennifer Houser; Paul Lopez; Pamela McCoy; Caroline Nadola

Objectors

Pamela Sweeney

Objector - Appellant

Gary W. Sibley

Objector

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-md-02562-RWS)
_____

**JUDGMENT**

Before MURPHY, ARNOLD and COLLOTON, Circuit Judges.

     Appellant has not responded to the court's order entered October 21, 2016.  It is hereby ordered that this appeal is dismissed for failure to prosecute.  See Eighth Circuit Rule 3C.

     Mandate shall issue forthwith.

The motions to file the brief out of time and for an extension of time to file an appeal bond are denied.

November 23, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans